UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. 07 MJ 2537 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Diego ROBLEDO-Pena,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 19, 2007** within the Southern District of California, defendant, **Diego ROBLEDO-Pena,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF **OCTOBER, 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Diego ROBLEDO-Pena

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On Friday, October 19, 2007, Border Patrol Agent F. Garcia Jr. was conducting his assigned duties as part of the Imperial Beach Border Patrol Station All Terrain Vehicle (ATV) Unit in the area known as "The Swamp." This area is approximately two miles east of the San Ysidro, California Port of Entry and approximately one quarter mile north of the United States/Mexico International Boundary Fence. At approximately 5:10 p.m., the Remote Video Surveillance and Sensoring Operator (RVSS) notified Agent Garcia, via service radio that five suspected undocumented aliens were running north from the secondary international boundary fence into "The Swamp." This area is frequently used by undocumented aliens, to further their illegal entry into the United States. Agent Garcia responded to the area to investigate the suspected undocumented aliens. After a brief search in the area, Agent Garcia approached five individuals attempting to hide in some brush. Due to the close proximity to the United States/Mexico International Boundary Fence, the actions of the individuals, and their disheveled appearance, Agent Garcia identified himself as a Border Patrol Agent, and conducted an immigration inspection. All subjects, including one later identified as the defendant **Diego ROBLEDO-Pena**, admitted to being citizens and nationals of Mexico illegally in the United States, and did not possess any documents that would allow them to legally enter or remain in the United States. Agent Garcia placed all five individuals under arrest and arranged for them to be transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks revealed that the defendant has a criminal and immigration record. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 1, 2006** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights in the Spanish language, which he stated that he understood and was willing to answer questions without a lawyer present. The defendant stated that he is a citizen and national of Mexico and that he illegally crossed into the United States. The defendant stated that he knew that it was a crime to enter the United States illegally after he had been formally deported. He stated that he intended to live and work in San Diego, California.

Executed on October 21, 2007 at 9:00 a.m.

*Terri L. Dimolios*
Terri L. Dimolios
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 19, 2007**, in violation of Title **8**, United States Code, Section **1326.**

*Barbara L. Major*
Barbara L. Major
United States Magistrate Judge

10/21/07 at 9:05 am
Date/Time